AO 228
(REV. 8/93)

# United States District Court
### FOR THE
### 09 HAWAII

473   09 HAWAII

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 02 2008

764642  CR 03-00287

UNITED STATES OF AMERICA
VS.

FRAZIER, SANDRA R

1340 HOOLI CIR
PEARL CITY   HI   96782

*Defendant.*

| Violation Notice Number(s) | Violation Date |
|---|---|
| A1054944 H11 (FOR CITATION): | 03/14/03 |
| RECKLESS DRIVING | |
| ANSWER TO AN INFORMATION AND | |
| A1054948 H11 | 03/14/03 |
| NO DRIVERS LICENSE | |

**MANDATORY COURT APPEARANCE IS REQUIRED.**

OFFENSE: RECKLESS DRIVING

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx.

Bail set at $100.00 UNSECURED BOND

WALTER A.Y.H. CHINN, CLERK

by _____
Deputy Clerk

Date **June 10, 2003**

U.S. Magistrate Judge Barry M. Kurren
*United States Magistrate Judge*

---

### RETURN

| RECEIVED | Date | Location |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | Date | Location |
|---|---|---|
| | | |

**DISMISSED**
Date: APR 30 2008

Name _____  Title _____  District _____

Date _____  Signature _____